SAO
DAVID B. AVAKIAN
Nevada Bar No. 009502
   E-Mail: David.Avakian@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TINO, a Nevada Citizen; and DAVID TINO, a Nevada Citizen, <br><br> Plaintiffs, <br><br> vs. <br><br> NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL and DOES 1-100, ROE Corporations I – X, inclusive, <br><br> Defendants. | CASE NO. 2:14-cv-01083-RFB-VCF <br><br> **STIPULATION AND ORDER TO DISMISS PLAINTIFFS' AMENDED COMPLAINT IN ITS ENTIRETY WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' MICHAEL TINO and DAVID TINO's Amended Complaint and all related claims in the above-entitled action against all Defendants, NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL and NARCONON INTERNATIONAL are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

4811-0513-8469.1

```
 1 | Dated this 14th day of July, 2015           Dated this 12th day of August, 2015
 2 |
 3 |
 4 | By_____                    By_____
   | Ryan A. Hamilton                             David B. Avakian
 5 | Nevada Bar No. 011587                        Nevada Bar No. 009502
   | HAMILTON LAW                                 LEWIS BRISBOIS BISGAARD & SMITH
 6 | 5125 S. Durango Dr., Ste. C                  LLP
   | Las Vegas, NV 89113                          6385 S. Rainbow Blvd., Ste. 600
 7 | Attorney for Plaintiffs                      Las Vegas, NV 89118
   |                                              Attorney for Defendant NARCONON
 8 |                                              FRESH START d/b/a RAINBOW CANYON
   |                                              RETREAT
 9 | Dated this 13th day of August, 2015
10 |
11 |
12 |
   | By_____
13 | Robert C. McBride
   | Nevada Bar No. 007082
14 | CARROLL, KELLY, TROTTER, FRANZEN
   | McKENNA & PEABODY
15 | 8329 W. Sunset Rd., Ste. 260
   | Las Vegas, NV 89113
16 | Attorney for Defendants NARCONON
   | INTERNATIONAL and ASSOCIATION
17 | FOR BETTER LIVING AND EDUCATION
   | INTERNATIONAL
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |
```

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4811-0513-8469.1

2

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Amended Complaint and any and all related claims in the above-entitled action against Defendants NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL and NARCONON INTERNATIONAL are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 13th day of August, 2015.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated the 12th day of August, 2015

By: _____
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendant
NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT